ERIC GRANT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

Jun 26, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>The person of Christopher M. Perry;<br>The residence located at 6418 Emerald Dr, Rocklin, CA, 95677 | CASE NO.    2:26-sw-0577 CKD<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this court.

Dated:   June 26, 2026

HONORABLE CAROLYN K. DELANEY
CHIEF U.S. MAGISTRATE JUDGE