ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**

**Jul 01, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Search of | CASE NO.  2:26-SW-0577-CKD |
| The person of Christopher M. Perry; The residence located at 6418 Emerald Dr., Rocklin, CA 95677. | REQUEST AND [PROPOSED] ORDER FOR LIMITED DISCLOSURE OF SEALED DOCUMENTS |

Pursuant to Local Rule 141(f), the United States, by and through the undersigned Assistant United States Attorney, requests a limited disclosure of the sealed search warrant in this matter, including the application and affidavit, to the Placer County District Attorney's Office.  A limited disclosure of these materials is appropriate because Christopher Perry was taken into state custody and charged with a probation violation on June 30, 2026, which is also the same day that the FBI executed this search warrant, and the contents of the search warrant are potentially relevant to the Placer County District Attorney's Office's prosecution.  The Placer County District Attorney's Office may further share this document with assisting law enforcement personnel, as needed.

As this matter continuines to concern an ongoing FBI investigation, these documents should continue to otherwise remain under seal until further order of the Court.


Dated:  July 1, 2026

ERIC GRANT
United States Attorney


By:  /s/ ELLIOT WONG
ELLIOT WONG
Assistant United States Attorney


[PROPOSED] ORDER

IT IS SO ORDERED.


Dated:     July 1, 2026

HONORABLE JEREMY D. PETERSON
U.S. MAGISTRATE JUDGE