ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Search of | CASE NO.  2:26-SW-0577-CKD |
| The person of Christopher M. Perry; The residence located at 6418 Emerald Dr., Rocklin, CA 95677. | [PROPOSED] ORDER FOR UNSEALING |

Upon application of the United States for unsealing,

IT IS HEREBY ORDERED that these materials will be unsealed.

Dated:    July 2, 2026

HONORABLE JEREMY D. PETERSON
U.S. MAGISTRATE JUDGE

REQUEST AND [PROPOSED] ORDER FOR LIMITED
DISCLOSURE OF SEALED DOCUMENTS

2